UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI,

Plaintiff,

v.

ROCKET MORTGAGE, LLC,

Defendant.
_______________________________/

Case No. 4:25-cv-12798
District Judge F. Kay Behm
Magistrate Judge Kimberly G. Altman

**ORDER REGARDING DEFENDANT'S MOTION FOR PROTECTIVE ORDER (ECF No. 44)**

This is a consumer rights case under the Telephone Consumer Protection Act of 1991 (TCPA), 47 U.S.C. § 227 *et seq*, the Michigan Home Solicitation Sales Act (MHSSA), M.C.L. § 445.101, *et seq*., and the Michigan Telephone Companies as Common Carriers Act (MTCCCA), M.C.L. § 484.101, *et seq*.. Plaintiff Mark W. Dobronski, proceeding *pro se*, is suing Rocket Mortgage, LLC (Rocket) for unauthorized phone calls and text messages allegedly sent to him by Rocket in violation of the cited acts. (ECF No. 14, First Amended Complaint).

The case is currently in limited discovery on the issue of contract formation, including Rocket's motion to compel arbitration. (ECF No. 32). Rocket has filed a motion for protective order governing discovery of confidential information. (ECF No. 44). Rocket says that it sought Dobronski's concurrence on its stipulated

protective order, but Dobronski did not provide detailed objections, preferred provisions, or an alternative order. (*Id.*). Rocket has attached a proposed protective order to its motion. (ECF No. 44-1).

Dobronski has responded to Rocket's motion, stating that he offered to discuss a prepared protective order that he drafted eight days prior to the filing of Rocket's motion. (ECF No. 46). He takes issue with some aspects of Rocket's proposed order and has also submitted his proposed protective order to the Court.

Based on the lack of communication that has occurred between the parties, the Court DIRECTS them to meet and confer regarding Rocket's motion for protective order within 7 days of entry of this order. The parties should attempt to resolve their issues and submit a joint proposed protective order to the Court following this meeting. If the parties are unable to agree on every issue, then each party shall submit its proposed protective order, updated to include the issues that the parties agree on as well as the unresolved issues. Rocket may also file a reply to Dobronski's response within 7 days of this meeting.

SO ORDERED.

Dated: October 13, 2026
Detroit, Michigan

s/Kimberly G. Altman
KIMBERLY G. ALTMAN
United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 13, 2026.

s/Dru Jennings
DRU JENNINGS
Case Manager